Ex. C

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

DECLARATION OF QUINCY HODGES / AFOD

I, Quincy R Hodges hereby declare that, to the best of my knowledge, information, and belief, and under the penalty of perjury, the following is true and correct:

1. I am employed by U.S. Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), and currently serve as AFOD. I have held this position since October 5, 2025, I have been employed by ICE since 2007.

2. In my current position, I manage several aspects of the immigration enforcement process, including the identification and arrest, transportation, detention, case management, and removal of noncitizens. In this capacity, I provide oversight over the Winn Correctional Center

3. I have prepared this declaration at the request of the U.S. Department of Justice, the United States Attorney's Office, Western District of Louisiana, in connection with a petition for a writ of habeas corpus filed by Uriostegui Rios, Britania DOB: March 29, 1978 (herein referred to as "Petitioner"), who has been assigned the alien registration number AXXX XXX 528. I make this declaration based on my review of DHS electronic databases and documents contained in the alien administrative file (A-File) pertaining to Petitioner.

**Criminal History**

4. A review of the Petitioner's rap sheet revealed the below criminal history.

5. On March 28, 2003, the San Jose Police Department in San Jose, California (CA) arrested Petitioner for Loiter at Adult School: Molest Pupils. Disposition: Convicted June 26, 2003, and sentenced to five days in jail and two years of probation.

6. On January 31, 2004, the San Jose Police Department in San Jose, CA arrested Petitioner for Disorderly Conduct: Prostitution and Obstruct Public Officer. Disposition: Conviction on February 26, 2004, of Disorderly Conduct: Solicit Lewd Act.

7. On June 26, 2004, the San Jose Police Department in San Jose, CA arrested Petitioner for Disorderly Conduct: Prostitution. Disposition: Convicted March 7, 2005, for violation of probation. Disorderly Conduct charge was dismissed.

8. On February 8, 2009, Petitioner was arrested for Sex Solicitation and No Sex Oriented Business License. Disposition: Convicted September 22, 2009, of Sexual Solicitation and sentenced to 12 months of court supervision.



GOVERNMENT EXHIBIT

A

9. On March 4, 2022, the Boulder City Police Department in Boulder City, Nevada (NV) arrested Petitioner for DUI, Use/Possession Drug Paraphernalia, and Possession Drug Not for Interstate Commerce. Disposition: Convicted November 7, 2023, of DUI. Use/Possession Drug Paraphernalia and Possession Drug Not for Interstate Commerce charges were dismissed.

10. On June 12, 2022, the Las Vegas Metropolitan Police Department in Las Vegas, NV arrested Petitioner for Possess Schedule I, II Controlled Substance Less Than 14 Grams. Disposition unknown.

11. On October 2, 2022, the Las Vegas Metropolitan Police Department in Las Vegas, NV arrested Petitioner for Break/Injure/Tamper with Vehicle and False Statement To/Obstruct Public Officer. Disposition unknown.

12. On February 24, 2023, the Las Vegas Metropolitan Police Department in Las Vegas, NV arrested Petitioner for Trespass, Not Amounting to Burglary. Disposition: Dismissed April 12, 2023.

13. On August 28, 2023, the Las Vegas Metropolitan Police Department in Las Vegas, NV arrested Petitioner for Robbery-Enhancement/Deadly Weapon, Injure/Tamper with Vehicle, Use/Possession Drug Paraphernalia, and False Statement To/Obstruct Public Officer. Disposition:

    a. Use/Possession Drug Paraphernalia: Denied
    b. False Statement To/Obstruct Public Officer: Denied
    c. Injure/Tamper with Vehicle: Dismissed
    d. Assault with a Deadly Weapon: Convicted October 31, 2023 and sentenced to a minimum of eighteen months and a maximum of sixty months incarceration. Sentence was suspended to probation for thirty-six months.

**Immigration History**

14. Petitioner is a native and citizen of Mexico, who initially entered the United States on or about March 24, 2003 at an unknown location.

15. On January 12, 2004, Petitioner filed for relief, with the United States Citizenship and Immigration Service (USCIS). On March 24, 2005, USCIS approved the application for relief.

16. On December 5, 2012, Petitioner adjust status to Lawful Permanent Resident.

17. On April 16, 2024, DHS served Petitioner with Form I-862, Notice to Appear, charging removability under section 237(a)(2)(A)(iii) of the Immigration and Nationality Act as an alien convicted of an aggravated felony. Petitioner has been in ICE custody since that date. The Petitioner is currently detained at the Winn Correctional Center.

18. On March 14, 2025, the Immigration Court ordered the Petitioner removed to Mexico, but simultaneously ordered deferral of removal under the protection of the Convention Against Torture. Both parties waived appeal.

19. On May 11, 2025, Form I-241 Request for acceptance of Alien was completed and sent to Costa Rica, Nicaragua, and Honduras.

20. On May 12, 2025, Honduras declined to accept the Petitioner.

21. On May 13, 2025, Costa Rica declined to accept the Petitioner.

22. Nicaragua has not provided a response to the I-241.

23. On June 1, 2025, ERO advised Petitioner, via service of Form I-229(a), Warning for Failure to Depart and Instruction Sheet to Detainee Regarding Requirement to Assist in Removal, of the specific requirements to comply with his obligation to assist in making timely application in good faith for travel or other documents necessary to Petitioner's departure and/or Petitioner's obligation not to conspire or act to prevent his removal subject to an order of removal.

24. On June 4, 2025, Petitioner was served a Decision to Continue Detention, advising that petitioner would not be released from ICE custody because the petitioner had not demonstrated that if released the petitioner would not pose a significant risk of flight and would not pose a danger to the community, to the safety of other person, or to property.

25. On August 4, 2025, petitioner was served with Notice of Removal to El Salvador. Request to remove petitioner to El Salvador remains pending.

26. Third country removals have continued to increase as relations and cooperation grows.

I declare under penalty of perjury that the foregoing is true and correct.

_October 29, 2025_
Executed on this Date

QUINCY R HODGES III
Digitally signed by QUINCY R HODGES III
Date: 2025.10.29 14:57:32 -05'00'

QUINCY HODGES
Assistant Field Office Director