# UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| BRITANIA URIOSTEGUI RIOS<br><br>*Plaintiff,*<br><br>v.<br><br>DONALD J. TRUMP, et. al.<br><br>*Defendants.* | Civil Action No. 1:25-cv-1798 |

## EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER

Plaintiff Britania Uriostegui Rios ("Britania") moves this Court for a temporary restraining order ("TRO"). She asks this Court to order Defendants—who concede they unlawfully deported her to Mexico—to immediately return her to the United States without incident on November 18, 2025, and to place her on an Order of Supervision ("OSUP") to prevent her from being wrongfully deported again. *See* Dkt. 1 at 13.

For the reasons outlined in the attached supporting memorandum, Britania respectfully asks this Court to grant her Motion.

Dated: November 17, 2025

Respectfully submitted,

/s/ Sarah E. Decker
Sarah E. Decker*
ROBERT F. KENNEDY HUMAN RIGHTS
1300 19th Street NW, Suite 750
Washington, DC 20036
Tel.: (908) 967-3245
decker@rfkhumanrights.org

/s/ Sarah T. Gillman

/s/ Charles Andrew Perry
/s/Nora Ahmed
ACLU Foundation of Louisiana
Charles Andrew Perry
LA Bar No. 40906
Nora Ahmed*
NY Bar No. 5092374
1340 Poydras St., Ste. 2160
New Orleans, LA 70112
Tel: (504) 522-0628

1

| | |
|---|---|
| Sarah T. Gillman* <br> ROBERT F. KENNEDY HUMAN RIGHTS <br> 88 Pine Street, 8th Floor, Suite 801 <br> New York, New York 10005 <br> Tel.: (646) 289-5593 <br> gillman@rfkhumanrights.org | aperry@laaclu.org <br> nahmed@laaclu.org <br><br> *Attorneys for Plaintiff* <br> * *Pro hac vice applications forthcoming* |

*/s/ Bridget Pranzatelli*
Bridget Pranzatelli
LA Bar No. 41899
NATIONAL IMMIGRATION PROJECT
1763 Columbia Road NW, Ste. 175 #896645
Washington, DC 20009
Tel: (504) 940-4777
bridget@nipnlg.org

## CERTIFICATE OF SERVICE

I certify that on November 17, 2025, I filed a copy of this Motion and its accompanying documents with the Clerk of Court via the CM/ECF system. A copy of the Motion and its accompanying documents will be provided to the United States Attorney's Office at the following email address: shannon.smitherman@usdoj.gov.

*/s/ Charles Andrew Perry*