UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| BRITANIA URIOSTEGUI RIOS, *Plaintiff,* v. TRUMP, *et al.,* *Defendants.* | Case No. 1:25-cv-1798 The Honorable Jerry Edwards, Jr. |

JOINT STATUS REPORT

Pursuant to this Court's order dated November 19, 2025, Minute Order, Dkt. 13, the Parties hereby submit the following joint status report regarding the pending case *Uriostegui Rios v. Trump et al.*, Case No. 1:25-cv-01798-JE-JPM.

**Plaintiff's Position**

Plaintiff Britania Uriostegui Rios ("Britania" or "Plaintiff") was unlawfully removed from the United States on or about November 12, 2025. Britania made it back to the agreed-upon port of entry to the United States on the agreed-upon date of November 18, 2025. She was denied entry. Britania returned to the point of entry on November 19, 2025. On November 19, 2025, at 1:04 p.m. CDT, counsel for Plaintiff received notice from counsel for Defendants that Plaintiff was "currently being processed for reentry as previously contemplated, everything is moving forward accordingly, and she is not being turned away." Counsel for Plaintiff have not heard from Plaintiff since and are not aware of her current whereabouts.

Plaintiff's position is that the issues in this case have not been resolved. Though Plaintiff is presumably back in the United States, so long as she is in immigration detention she is merely

in the same situation she was when her rights were violated and therefore remains at risk of unlawful removal. For this reason, Plaintiff respectfully requests the opportunity to brief this court regarding (a) why this matter is not moot and (b) why the requested relief remains appropriate and necessary.

As such, Plaintiff requests that she be permitted to submit supplemental briefing on these issues by December 3, 2025; that Defendants be provided an opportunity to respond by December 10, 2025; and that Plaintiff be permitted to reply on December 12, 2025. Plaintiff takes no position on the request for consolidation and defers to the Court.

**<u>Defendants' Position</u>**

Plaintiff filed a Complaint for Injunctive Relief and Declaratory Judgment on November 17, 2025 (Dkt. 1) and an Emergency Motion for Temporary Restraining Order (Dkt 2). The emergency motion for TRO requested two forms of relief: (1) that Defendants immediately allow the Plaintiff to return to the United States, and (2) that Defendants be ordered to release Plaintiff on an order of supervised release (OSUP). (Dkt 2). Plaintiff's Complaint alleges five counts, which include allegations of violation of the Convention Against Torture, 28 C.F.R. §200.1,(CAT) (Count 1), violations of the Fifth Amendment (Counts 2-3), violations of the Administrative Procedures Act, 5 U.S.C. §706(2)(APA)(Count 4), and a Mandamus Action pursuant to 28 U.S.C. § 1361 (Count 5). (Dkt. 1).

ICE has represented to the undersigned counsel for Defendants that Britania Rios was paroled back into the United States on Thursday, November 19, 2025, at the Tijuana port of entry. Currently, Rios is in ICE custody and is being returned from San Diego to Winn Correctional in Louisiana via ICE Air. Accordingly, the request for injunctive relief related to the Plaintiff's return to the United States is now moot and the only remaining request for relief to be addressed in the

pending emergency motion for TRO is the Plaintiff's request for release under an OSUP. Furthermore, Plaintiff's request for mandamus relief and relief under the APA seeking an order for the Defendants to "immediately take all steps…. to return her to the United States" is now moot, and the only remaining remedies sought are a declaratory judgment that the Defendants violated the laws of the United States and an order to release Plaintiff on OSUP.

Because the pending emergency request for release and the remaining claims of violations of the laws of the United States in the Complaint (Counts 1-3) originate from the same underlying facts including Plaintiff's removal proceedings in immigration court, criminal history, final order of removal, and continued detention at Winn Correctional, Defendants request that the pending matter be consolidated with Plaintiff's habeas proceeding, 25-cv-1320, or that the Court take judicial notice of the facts and evidence on file in that proceeding. Furthermore, the Defendants request that the remaining claims for relief both in the emergency TRO and Complaint for Declaratory and Injunctive Relief be adjudicated together, as a TRO that seeks the same relief as the underlying complaint is unnecessary and duplicative.

Defendants do not oppose the Plaintiff's suggested expedited briefing schedule above for the purposes of responding to the pending requests in the emergency motion for TRO (Dkt 2) but oppose the addition of any further claims for injunctive relief in supplemental briefing beyond the request for release under OSUP that is already contained in the motion.

Dated: November 20, 2025

*/s/ Sarah E. Decker*
Sarah E. Decker*
ROBERT F. KENNEDY HUMAN RIGHTS
1300 19th Street NW, Suite 750
Washington, DC 20036
Tel.: (908) 967-3245
decker@rfkhumanrights.org

*/s/ Sarah T. Gillman*
Sarah T. Gillman*
ROBERT F. KENNEDY HUMAN RIGHTS
88 Pine Street, 8th Floor, Suite 801
New York, New York 10005
Tel.: (646) 289-5593
gillman@rfkhumanrights.org

*/s/ Bridget Pranzatelli*
Bridget Pranzatelli
LA Bar No. 41899
NATIONAL IMMIGRATION PROJECT
1763 Columbia Road NW, Ste. 175 #896645
Washington, DC 20009
Tel: (504) 940-4777
bridget@nipnlg.org

Respectfully submitted,

*/s/ Charles Andrew Perry*
*/s/ Nora Ahmed*
ACLU Foundation of Louisiana
Charles Andrew Perry
LA Bar No. 40906
Nora Ahmed*
NY Bar No. 5092374
1340 Poydras St., Ste. 2160
New Orleans, LA 70112
Tel: (504) 522-0628
aperry@laaclu.org
nahmed@laaclu.org

*Attorneys for Plaintiff*

*Admitted *pro hac vice*

Joined by,

Respectfully submitted,

ZACHARY A. KELLER
UNITED STATES ATTORNEY

By:    *s/ Shannon T. Smitherman*
SHANNON T. SMITHERMAN (#32366)
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101-3068
(318) 676-3600 // Fax: (318) 676-3642
Email: Shannon.smitherman@usdoj.gov
Counsel for Defendants