UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **BRITANIA URIOSTEGUI RIOS** | **CIVIL ACTION NO. 25-1798** |
| **VERSUS** | **JUDGE EDWARDS** |
| **DONALD J TRUMP ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

# ORDER

Before the Court is an Emergency Motion for Temporary Restraining Order ("Motion") (R. Doc. 2) filed by Britania Uriostegui Rios ("Plaintiff"), who sought injunctive relief for her immediate return to the United States and to be released under an Order of Supervision. *See* R. Doc. 2-1 at 1. On November 19, 2025, the Court instructed counsel for each party to file a Joint Status Report regarding Plaintiff's status (R. Doc. 13), to which the parties complied. *See* R. Doc. 17. The Joint Status Report informed the Court that Plaintiff had been "paroled back into the United States on November 19, 2025, at the Tijuana port of entry." *See* R. Doc. 17 at 2. Plaintiff is being transferred back to the Winn Correctional facility in Winnfield, Louisiana. *See id.* The Court finds that the request for Plaintiff's immediate return is moot. The remaining relief requested in the Motion is for Plaintiff's release under supervision, which the Court finds to not require ex parte relief. However, the Court will order the following expedited briefing schedule.

Accordingly,

**IT IS ORDERED** that the Motion (R. Doc. 2) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff may file supplemental briefing in support of the remaining relief requested in the Complaint no later than **December 3, 2025**.

**IT IS FURTHER ORDERED** that Defendants shall file an Opposition to the Complaint no later than **December 10, 2025**.

**IT IS FURTHER ORDERED** that Plaintiff may file a Reply no later than **December 12, 2025**.

**IT IS FURTHER ORDERED** that the previously scheduled hearing (R. Doc. 8) on this Motion is hereby **CANCELLED**.

**THUS DONE AND SIGNED** in Chambers this 20th day of November, 2025.

_____
**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**