UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| BRITANIA URIOSTEGUI RIOS<br>　　　　　　*Petitioner*,<br><br>v.<br><br>DONALD J. TRUMP, et. al.<br>　　　　　　*Respondents*. | Civil Action No. 1:25-cv-1798<br>Judge Jerry Edwards, Jr. |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant Fed. R. Civ. P. 41(a), Petitioner Britania Uriostegui Rios hereby voluntarily dismisses the complaint at issue in this matter.

Dated: November 25, 2025

Sarah E. Decker*
ROBERT F. KENNEDY HUMAN RIGHTS
1300 19th Street NW, Suite 750
Washington, DC 20036
Tel.: (908) 967-3245
decker@rfkhumanrights.org

Sarah T. Gillman*
ROBERT F. KENNEDY HUMAN RIGHTS
88 Pine Street, 8th Floor, Suite 801
New York, New York 10005
Tel.: (646) 289-5593
gillman@rfkhumanrights.org

Bridget Pranzatelli
LA Bar No. 41899
NATIONAL IMMIGRATION PROJECT
1763 Columbia Road NW, Ste. 175 #896645
Washington, DC 20009
Tel: (504) 940-4777
bridget@nipnlg.org

Respectfully submitted,

*/s/ Charles Andrew Perry*
ACLU Foundation of Louisiana
Charles Andrew Perry
LA Bar No. 40906
Nora Ahmed*
NY Bar No. 5092374
1340 Poydras St., Ste. 2160
New Orleans, LA 70112
Tel: (504) 522-0628
aperry@laaclu.org
nahmed@laaclu.org

*Attorneys for Petitioner*
\* *Pro hac vice applications forthcoming*

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2025, the foregoing Status Report was electronically filed with the Clerk of the Court through the CM/ECF system, which will send notification of such filing to registered participants, including counsel for the Respondents.

/s/ *Bridget Pranzatelli*
Bridget Pranzatelli

LA Bar No. 41899
NATIONAL IMMIGRATION PROJECT
1763 Columbia Road NW, Ste. 175 #896645
Washington, DC 20009
Tel: (504) 940-4777
bridget@nipnlg.org