**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **BRITANIA URIOSTEGUI RIOS** | **CIVIL ACTION NO. 25-1798** |
| **VERSUS** | **JUDGE EDWARDS** |
| **DONALD J TRUMP ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**JUDGMENT OF DISMISSAL**

Considering the foregoing Voluntary Dismissal (R. Doc. 20),

**IT IS ORDERED** that this action be and hereby is **DISMISSED** without prejudice in its entirety. The clerk is directed to close this case.

**THUS DONE AND SIGNED** in Chambers this 26th day of November, 2025.

_____
**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**